

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-17-00097-CV

———————————————

ESTATE OF MICHAEL LYNN LUCE, DECEASED

On Appeal from County Court at Law No. 2
Parker County, Texas
Trial Court No. CIV-16-0132

Concurring Memorandum Opinion by Justice Meier

## CONCURRING MEMORANDUM OPINION

Although reluctant to accept the "blinking system" as a valid means of communication by which to execute the 2015 will, I concur with the majority opinion issued on November 15, 2018.


/s/ Bill Meier
Bill Meier
Justice

Delivered:  December 31, 2018